UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13
STEVEN R. WELSH
MELODIE A. WELSH                         CASE NO. 10-73476

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     JP Morgan Chase Bank NA          **Court claim #: 21**

**Last four digits** of any number used to identify the debtor's account: 6557

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $19,412 |
| Amount Paid by Trustee | $19,412 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐ Thru the Chapter 13 Plan | ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/23/2015                             /s/Lydia S. Meyer
                                                               Lydia S. Meyer, Trustee
                                                               308 W. State St., Suite 212
                                                               Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd Day of July, 2015.

Dated:  7/23/2015                             /s/Cynthia K. Burnard

JP MORGAN CHASE BANK NA
NATIONAL PAYMENT SERVICES
PO BOX 24785
COLUMBUS, OH 43224-0785

CHASE BANK
PO BOX 9001020
LOUISVILLE, KY  40290-1020

JP MORGAN CHASE BANK NA
ATTN: BANKRUPTCY DEPARTMENT
2901 KINWEST PKWY
IRVING, TX 75063-5812

CODILIS & ASSOCIATES PC
ATTN:  BANKRUPTCY DEPARTMENT
15W030 NORTH FRONTAGE RD., SUITE 100
BURR RIDGE, IL  60527

BRIAN A. HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL  61103

STEVEN R. WELSH
MELODIE A. WELSH
7082 RYE RIDGE TERRACE
CHERRY VALLEY, IL  61016